UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILIANE ARNET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-11327-LTS |
| ) | |
| DAVID BRANTLEY, ) | |
| ) | |
| Defendant. ) | |

ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

March 28, 2014

SOROKIN, C.M.J.

Plaintiff's Motion for Summary Judgment, Doc. No. 8, is DENIED. The papers reveal genuine disputes of material fact at least as to (a) whether Defendant breached the duty of care and (b) whether Plaintiff is liable in whole or part for her injuries due to her own negligence. Even if Defendant's email, Doc. No. 9-5, is a binding, authenticated, admissible statement—a point Plaintiff may press at trial—it does not suffice for summary judgment in light of other evidence that the jury is entitled to hear regarding liability and the issue of comparative negligence. In light of the Court's ruling on Plaintiff's Motion for Summary Judgment, Defendant's Motion to Strike, Doc. No. 14, is DENIED AS MOOT.

The parties shall file a joint status report within fourteen days advising as to whether the parties are ready for trial and, if not, what discovery remains and a proposed schedule to complete that discovery. The parties shall also report whether they wish to mediate prior to trial.

SO ORDERED.

    /s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge